**96–2509.   State v. White.**
Ashland App. No. 96COA01182.   On motion to recall mandate and permit supplemental briefing. Motion stricken.

**97–2432.   State ex rel. Griffith v. Indus. Comm.**
Franklin App. No. 96APD11–1543.   On request for oral argument.   Request denied.

**98–2016.   Maumee v. Weisner.**
Lucas App. No. L–97–1409.   On motion for admission *pro hac vice* of Edward B. Foley by Stephen P. Carney.   Motion granted.
    RESNICK, J., not participating.

**98–2439.   Ricker v. John Deere Ins. Co.**
Franklin App. No. 97APE11–1505.   On motion to strike brief of *amicus curiae* Ohio Civil Rights Commission.   Motion denied.
    COOK, J., dissents.

**98–2549.   State ex rel. Lucas Cty. Bd. of Commrs. v. Ohio Environmental Protection Agency.**
In Mandamus.   On answer of intervening respondent Envirosafe Services of Ohio, Inc. and on motion to dismiss.   This cause originated in the court upon the filing of a complaint in mandamus.   Upon the court's determination pursuant to S.Ct.Prac.R. X(5),
    IT IS ORDERED by the court that an alternative writ is hereby GRANTED and that the following schedule be set for the presentation of evidence and the filing of briefs:
    The parties shall file any evidence they intend to present within twenty days of this entry. Respondent Ohio Environmental Protection Agency shall file an unredacted copy of the ESOI 1997 Grab and Hold Tracker under seal with its evidence.   Relator shall file its merit brief within twenty days of the filing of the evidence;   respondents shall file their merit briefs within twenty days of the filing of relator's merit brief;   and relator shall file any reply brief within five days after the last of respondents' merit briefs is filed.
    IT IS FURTHER ORDERED that relator's claims are DISMISSED as to those portions of the ESOI 1997 Grab and Hold Tracker that it has now received.
    LUNDBERG STRATTON, J., dissents and would dismiss the cause.

**98–2615.   State ex rel. Howard v. Weiher.**
Lucas App. No. L–98–1344.   On motion for relief from judgment.   Motion denied.

**99–93.   State v. Hanna.**
Warren C.P. No. 98CR17677.   On motion for complete copy of the prosecutor's file to be sealed and filed for appellate review.   Motion denied.

**99–206.   Humphrey v. Lane.**
Hocking App. No. 98CA4.   On motion for admission *pro hac vice* of Roman P. Storzer on behalf of The Becket Fund by Kathleen M. Trafford.   Motion granted.

**99–394.   State ex rel. Besser v. Ohio State Univ.**
In Mandamus.   On answer of respondent, amended motion for judgment on pleadings, and amended motion for judgment on pleadings.
    This cause originated in this court upon the filing of a complaint for a writ of mandamus.   Upon the court's determination pursuant to S.Ct.Prac.R. X(5),
    IT IS ORDERED by the court that the parties' motions for judgment on the pleadings are DENIED and that an alternative writ is hereby GRANTED and that the following schedule be set for the presentation of evidence and the filing of briefs:
    The parties shall file any evidence they intend to present within twenty days of this entry.   Relators shall file their merit brief within twenty days of the filing of the evidence;   respondents shall file their merit brief within twenty days of the filing of relators' merit brief;   and relator shall file any reply brief within five days thereafter.
    IT IS FURTHER ORDERED that relators' claims relating to the OSU Hospitals Board and OSU Strategic Planning Committee minutes are DISMISSED as moot.